PROB 12B
(04/08)

May 5, 2016
pacts id: 1611531

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions of Term of Supervision

**Name of Offender:** Miguel Ponce (Spanish)  **Dkt No.:** 15CR01518-001-W

**Name of Sentencing Judicial Officer:** The Honorable Thomas J. Whelan, Senior U.S. District Judge

**Sentence:** Counts I and II: 10 months' custody, concurrent; Counts I and II: 3 years' supervised release, concurrent. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** October 26, 2015

**Date Supervised Release Commenced:** March 25, 2016

**Prior Violation History:** None.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Not enter or reside in the Republic of Mexico without permission of the court or probation officer.

### CAUSE

On March 17, 2016, Mr. Ponce inquired as to the possibility of traveling to Mexicali, Mexico. Mr. Ponce noted that despite having his residence in the Imperial Valley area, he would like the opportunity to travel to Mexico periodically to visit with his family. Unfortunately, it should be noted that a review of Mr. Ponce's conditions of supervised release revealed that travel to Mexico was not addressed at sentencing. Mr. Ponce was informed that travel to Mexico is a privilege which can be rescinded at any time.

Therefore, based on the aforementioned, the undersigned recommends Mr. Ponce's conditions of supervised release be modified as requested herein.

Respectfully submitted:
by /s/ Amanda Behl
Amanda Behl
U.S. Probation Officer
(760) 339-4203

Reviewed and approved:
/s/ Pascual Linarez
Pascual Linarez
Supervising U.S. Probation Officer

PROB12B
Name of Offender: Miguel Ponce                                                                May 5, 2016
Docket No.: 15CR01518-001-W                                                                   Page 2

## THE COURT ORDERS:

_X_  The Modification of Conditions as Noted Above.

___  Other _____

_____                       _5/23/16_____
The Honorable Thomas J. Whelan                                 Date
Senior U.S. District Judge